MARILYN E. BEDNARSKI, SBN 105322
E-Mail: mbednarski@kmbllaw.com
CAITLIN S. WEISBERG, SBN 262779
E-Mail: cweisberg@kmbllaw.com
Kaye, McLane, Bednarski & Litt, LLP
234 Colorado Blvd., Suite 230
Pasadena, California 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

**DENIED**
BY ORDER OF THE COURT

Attorneys for Defendant
RICHARD LATKA

WESTERN DIVISION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO CR 15-95DSF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER ISSUING PRETRIAL SUBPOENA DUCES TECUM |
| vs. | |
| RICHARD LATKA, | Trial Date: October 27, 2015<br>Time: 8: 30 a.m. |
| Defendant. | |

GOOD CAUSE APPEARING from the defendant's Ex Parte Application requesting permission to issue a subpoena to the MDCLA for Mr. Latka's medical records for return pretrial which application was supported by a Declaration and by a separately filed *Under Seal* and *In Camera* Proffer in Support of that Ex Parte Application:

1   IT IS HEREBY ORDERED that the subpoena which accompanies this
2   Order be issued to:
3       Custodian of Records, Metropolitan Detention Center, Los Angeles 535
4       North Alameda Street, Los Angeles, Ca. 90012.
5   IT IS FURTHER ORDERED that the subpoenaed party, MDCLA is to, on
6   or before October 2, 2015 at 11 a.m., provide the subpoenaed documents to this
7   Court's Clerk in and envelope marked for Defense counsel Attorney Marilyn E.
8   Bednarski.

**DENIED**
BY ORDER OF THE COURT
_____

10  Dated: Sept. 30, 2015

DALE S. FISCHER
United States District Judge

12  Proposed by:

13
    __/S/ Marilyn E. Bednarski_
14   MARILYN E. BEDNARSKI

1 DM135686
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1